IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
JOSEPHINE SWARTZ,                  )
                                   )   Civil Action
            Plaintiff              )   No. 11-cv-01142
                                   )
      vs.                          )
                                   )
TEACHERS INSURANCE AND ANNUITY     )
  ASSOCIATION-COLLEGE              )
  RETIREMENT EQUITIES FUND,        )
  doing business as TIAA-CREF,     )
                                   )
            Defendant              )

                    *   *   *

JOSEPHINE A. SWARTZ,               )
                                   )   Civil Action
            Plaintiff              )   No. 11-cv-01094
                                   )
      vs.                          )
                                   )
LEHIGH UNIVERSITY,                 )
                                   )
            Defendant              )
```

O R D E R

　　　　　NOW, this 25th day of January, 2012, upon consideration of the following:

> (1) Notice of Motion to Vacate Default and Permit Defendant to Answer Amended Complaint, which notice of motion was filed September 12, 2011 by defendant Teachers Insurance and Annuity Association-College Retirement Equities Fund, doing business as TIAA-CREF (Document 30)[1]("Motion to Vacate Default"), together with
>
> > Brief in Support of Motion to Vacate filed September 12, 2011 (Document 30);
>
> (2) Answer to Defendant Teachers Insurance and Annuity Association Fund, d/b/a TIAA-CREF's Motion to

---

[1] Defendant TIAA-CREF's proposed Answer to Amended Complaint was attached to defendant's Motion to Vacate Default as "Exhibit A" to Document 30 and asserts forty-four affirmative defenses to plaintiff's claims. See proposed Answer to Amended Complaint at pages 6-17 (listing affirmative defenses). Defendant's Motion to Vacate Default also included the Affidavit of W. Bridges, dated September 12, 2011.

>    Vacate Default, which answer was filed by plaintiff on September 26, 2011 (Document 31), together with
>
>    > Plaintiff's Brief in Opposition to Defendant Teachers Insurance and Annuity Association Fund, d/b/a TIAA-CREF's Motion to Vacate Default, which brief in opposition was filed September 26, 2011 (Document 31-1);
>
> (3) Reply to Plaintiff's Opposition to Motion to Vacate, which reply was filed by defendant TIAA-CREF September 27, 2011 (Document 32),

IT IS ORDERED that defendant TIAA-CREF's Motion to Vacate Default is granted.

IT IS FURTHER ORDERED that the Clerk of Court shall file defendant TIAA-CREF's proposed Answer to Amended Complaint, which answer is attached as Exhibit A to defendant TIAA-CREF's Motion to Vacate Default.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge
