```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPHINE SWARTZ,                  )
                                   )  Civil Action
          Plaintiff                )  No. 11-cv-01142
                                   )
     vs.                           )
                                   )
TEACHERS INSURANCE AND ANNUITY     )
  ASSOCIATION - COLLEGE            )
  RETIREMENT EQUITIES FUND,        )
  doing business as TIAA-CREF,     )
                                   )
          Defendant                )

                      *    *    *

JOSEPHINE A. SWARTZ,               )
                                   )  Civil Action
          Plaintiff                )  No. 11-cv-01094
                                   )
     vs.                           )
                                   )
LEHIGH UNIVERSITY,                 )
                                   )
          Defendant                )
```

O R D E R

Now, this 30th day of March, 2012, upon consideration of the following documents:

(1) Motion to Dismiss filed by defendant Lehigh University on May 26, 2011 (Document 12), together with a Memorandum in Support of Motion to Dismiss (Document 12-1);

(2) Answer to Motion to Dismiss filed by plaintiff on August 31, 2011, together with Plaintiff's Brief in Opposition to Defendant Lehigh University's Motion to Dismiss (Document 25);

(3) Reply Memorandum to Plaintiff's Opposition to Motion to Dismiss, which memorandum was filed by defendant Lehigh University on September 21, 2011 (Document 27); and

      (4)   Amended Complaint filed by plaintiff on March 24, 2011, together with Exhibits A-H (Document 7);

and for the reasons articulated in the accompanying Opinion,

<u>IT IS ORDERED</u> that defendant's motion to dismiss is granted.

<u>IT IS FURTHER ORDERED</u> that Count I of the Amended Complaint is dismissed with prejudice.

<u>IT IS FURTHER ORDERED</u> that the Amended Complaint is dismissed without prejudice for plaintiff to file a Second Amended Complaint in accordance with the accompanying Opinion.

                                        BY THE COURT:

                                        <u>/s/ James Knoll Gardner</u>
                                        James Knoll Gardner
                                        United States District Judge